UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DIMITRI LINER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:19-CV-126

Magistrate Judge Michael J. Newman
(Consent Case)

_____

**ORDER**
_____

This case is before the Court on *pro se* Plaintiff's response to an Order to Show Cause (doc. 10). For good cause shown, the Court hereby finds its Order to Show Cause **SATISFIED** by Plaintiff's response. However, Plaintiff is **ORDERED** to file a Statement of Errors that complies with Local Rule 8.1 by **Tuesday, October 15, 2019**. Local Rule 8.1 requires Plaintiff to set forth the legal and factual reasons he believes the Commissioner's decision to deny his waiver of overpayments was unlawful. Local Rule 8.1 also requires that Plaintiff make specific references to the administrative record, which can be accessed at the Clerk's office located on the 7th floor of the Walter H. Rice Federal Building and Courthouse at 200 West Second Street Dayton, Ohio 45402. Finally, the Court notifies Plaintiff that should he seek legal representation, the Dayton Bar Association's Lawyer Referral Service (937-222-6102) and the Legal Aid of Western Ohio helpline (888-534-1432) are resources available to him. Plaintiff is **NOTIFIED** that his failure to comply with this Order by **Tuesday, October 15, 2019** may result in the dismissal of his case.

    **IT IS SO ORDERED.**

Date:   September 17, 2019                    s/ Michael J. Newman
                                                                                 Michael J. Newman
                                                                                  United States Magistrate Judge